**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Christopher M. Egan, SBN 232301
Michael C. Christensen, SBN 271256
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
TROY-BILT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA POUNCY, | CASE NO.: 2:11-CV-02771-GEB-DAD |
| Plaintiff, | **STIPULATION TO EXTEND THE EXPERT DISCLOSURE DATE AND [PROPOSED] ORDER** |
| v. | |
| SHAKESPEARE COMPANY, LLC., TROY-BILT, LLC., LOWE'S HIW, INC., and DOES 1-50, | |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff PAMELA POUNCY and Defendants SHAKESPEARE COMPANY, LLC; TROY-BILT, LLC. and LOWE'S HIW, INC. (collectively referred to as the "Parties").  The Parties had conferred and agree to continue the expert disclosure date to December 14, 2012.

This Stipulation is necessary because the parties would like to participate in mediation before incurring the costs associated with expert disclosure.  The Parties have completed Rule 26(a)(1) Disclosures and have been exchanging written discovery.  The Parties inspected the trimmer and brush cutter on September 4, 2012.  The Parties completed the depositions of Pamela Pouncy and Arnold Pouncy on September 4, 2012.  Arnold Pouncy was using the trimmer and

1

brush cutter when Pamela Pouncy sustained an injury.

The Parties are planning for mediation to occur in November 2012. The Parties wish to postpone the costs associated with expert disclosure until they participate in a meaningful mediation. The Parties Stipulate to extend expert disclosure date to December 14, 2012. The trial date for this case is October 8, 2013.

This Stipulation may be signed by the attorneys in counterpart, and original, photocopy or facsimile signatures.

Dated:  September 24, 2012          **LAW OFFICES OF MARK J. ALEXANDER**

                                    By  /s/ *Mark J. Alexander* (authorized on 9/24/12)
                                         Mark J. Alexander
                                         Attorney for Plaintiff PAMELA POUNCY

Dated:  September 24, 2012          **BOLLING & GAWTHROP**

                                    By /s/ *John P. Coleman* (authorized on 9/24/12)
                                         John P. Coleman
                                         Attorneys for Defendant
                                         SHAKESPEARE COMPANY, LLC

Dated: September 24, 2012           **THARPE & HOWELL, LLP**

                                    By /s/ *Rodrigo Bozoghlian* (authorized on 9/24/12)
                                         Rodrigo Bozoghlian
                                         Attorneys for Defendant
                                         LOWE'S HIW, INC.

Dated: September 24, 2012           **PORTER SCOTT**
                                    **A Professional Corporation**

                                    By /s/ *Christopher M. Egan* (authorized on 9/24/12)
                                         Christopher M. Egan
                                         Attorney for Defendant
                                         TROY-BILT, LLC

///

///

Dated:  September 24, 2012              **WEGMAN, HESSLER & VANDERBURG**

                                                    By /s/ *Richard T. Coyne* (authorized on 9/24/12)
                                                         Richard T. Coyne
                                                         Attorney for Defendant
                                                         TROY-BILT, LLC

Based upon the Stipulation of the parties, the expert disclosure date is continued to December 14, 2012.

**IT IS SO ORDERED.**

**Date:  9/25/2012**

                                                       _____
                                                       GARLAND E. BURRELL, JR.
                                                       Senior United States District Judge