IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Pamela Pouncy, | ) | |
| | ) | 2:11-cv-02771-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND |
| | ) | DISPOSITION |
| Shakespear Company, LLC; Troy-Bilt, LLC; Lowe's HIW, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff filed a "Notice of Settlement" on November 26, 2012, in which she states: "the above-entitled matter has settled globally, as to all claims and all parties[,]" and "[t]he parties anticipate completion of the settlement within thirty (30) days and ask that the twenty-one (21) day period in LR 160 be extended to such." (ECF No. 17.)

Therefore, a dispositional document shall be filed no later than December 26, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: November 26, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1